UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK CHRISTOPHER DOWNEY,

    Petitioner,

v.

DAVE ROBERSON,

    Respondent.

Case No. C23-5101-RAJ-MLP

REPORT AND RECOMMENDATION

This is a federal habeas action brought under 28 U.S.C. § 2241. On February 7, 2023, Petitioner Mark Christopher Downey ("Petitioner"), proceeding *pro se*, submitted a proposed 28 U.S.C. § 2241 petition. (Dkt. # 1.) That same day, the Clerk of Court advised Petitioner his submission was deficient due to the filing fee requirement and that he was required to either submit a corrected application to proceed *in forma pauperis* ("IFP") or pay the filing fee. (Dkt. # 3.) Petitioner was advised that failure to respond by March 9, 2023, may result in dismissal of his case. (*Id.*)

To date, Petitioner has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to

REPORT AND RECOMMENDATION - 1

pay the filing fee as required by 28 U.S.C. § 1914. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 7, 2023**.

The Clerk is directed to send copies of this Report and Recommendation to Petitioner and to the Honorable Richard A. Jones.

Dated this 13th day of March, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2